■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v TRACIE MAYE, Appellant. [607 NYS2d 898] —Judgment of resentence of the Supreme Court, Bronx County (Gerald Sheindlin, J.), rendered November 2, 1989, unanimously affirmed. Motion seeking to relieve counsel is denied. No opinion. Concur—Sullivan, J. P., Ellerin, Kupferman, Rubin and Tom, JJ.